UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Peter G. Sheridan |
| v. : | |
| : | No. 10-cr-720 (PGS) |
| HELDER SILVA, : | |
| ISIDORO CAMPOS, and : | ORDER FOR CONTINUANCE |
| JASON HUDSON : | |

An indictment charging defendants HELDER SILVA (Roger Serruto, Esq. appearing), ISIDORO CAMPOS (Carl Herman, Esq. appearing), and JASON HUDSON (E. Alexander Jardines, Esq. appearing) with conspiracy to distribute ecstasy in violation of Title 21 U.S.C. § 846 and individually for distribution of ecstasy, having been filed on October 14, 2010; and defendant HELDER SILVA having been represented by the undersigned defense counsel appearing before the Court on November 12, 2010 for an arraignment; and defendants and their counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendants hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this 12th day of November, 2010

ORDERED that from the date this Order is entered, to and including December 20, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Carl Herman, Esq.
Counsel for Isidoro Campos

_____
E. Alexander Jardines, Esq.
Counsel for Jason Hudson

_____
Roger Serruto, Esq.
Counsel for Helder Silva

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Peter G. Sheridan |
| v. : | No. 10-cr-720 (PGS) |
| HELDER SILVA, : | |
| ISIDORO CAMPOS, and : | ORDER FOR CONTINUANCE |
| JASON HUDSON : | |

An indictment charging defendants HELDER SILVA (Roger Serruto, Esq. appearing), ISIDORO CAMPOS (Carl Herman, Esq. appearing), and JASON HUDSON (E. Alexander Jardines, Esq. appearing) with conspiracy to distribute ecstasy in violation of Title 21 U.S.C. § 846 and individually for distribution of ecstasy, having been filed on October 14, 2010; and defendants having been represented by the undersigned defense counsel appearing before the Court on November 9, 2010 for an arraignment; and defendants and their counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendants hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this _12_ day of November, 2010

ORDERED that from the date this Order is entered, to and including December 20, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____ 11/9/10
Carl Herman, Esq.
Counsel for Isidoro Campos

_____
E. Alexander Jardines, Esq.
Counsel for Jason Hudson

_____
Roger Serruto, Esq.
Counsel for Helder Silva

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Peter G. Sheridan |
| v. | : | |
| | : | No. 10-cr-720 (PGS) |
| HELDER SILVA, | : | |
| ISIDORO CAMPOS, and | : | ORDER FOR CONTINUANCE |
| JASON HUDSON | : | |

An indictment charging defendants HELDER SILVA (Roger Serruto, Esq. appearing), ISIDORO CAMPOS (Carl Herman, Esq. appearing), and JASON HUDSON (E. Alexander Jardines, Esq. appearing) with conspiracy to distribute ecstasy in violation of Title 21 U.S.C. § 846 and individually for distribution of ecstasy, having been filed on October 14, 2010; and defendants having been represented by the undersigned defense counsel appearing before the Court on November 9, 2010 for an arraignment; and defendants and their counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendants hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this _____ day of November, 2010